### Erwin W. JEFFERSON, III, Plaintiff–Appellant,

v.

NEBRASKA UNICAMERAL LEGISLATURE, in its official capacity as an agent of the State of Nebraska; Douglas County Court Probate Division, in its official capacity as an agent of the State of Nebraska; Thomas McQuade, in his official capacity as Judge and agent of the State of Nebraska; Business & Labor Committee, in its official capacity as an agent of the State of Nebraska; Steve Lathrop, in his official capacity as Chairman of the Business & Labor Committee and agent of the State of Nebraska, Defendants–Appellees.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Ne-

No. 15–2791.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2016.

Filed: Feb. 11, 2016.

Erwin W. Jefferson, III, Fontana, CA, Pro Se.

Ryan Post, Assistant Attorney General, Attorney General' Office, Lincoln, NE, for Defendant–Appellee.

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Erwin Jefferson appeals from the judgment of the District Court[1] granting defendants' motion to dismiss the civil rights action he brought under 42 U.S.C. §§ 1981, 1983, and 1985, in which he challenged Nebraska probate proceedings. We have carefully reviewed the record and the parties' submissions on appeal, and we find no basis for reversal. *See Anderson–Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir.) (standard of review), *cert. denied*, 558 U.S. 1050, 130 S.Ct. 756, 175 L.Ed.2d 518 (2009). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.